JAMES B. CARRIGER, Appellant, v. JACOB BENNETT SOUTHARD and Another, Respondents.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

MURRAY FRITZ, an Infant, by ABRAHAM FRITZ, His Guardian ad Litem, Appellant, v. LOUIS FRIEDLAND and Another, Respondents.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the facts proven were such as to require submission of the question as to whether reasonable care did not require defendant to more securely pile the lumber, or to guard and protect it. (*Earl* v. *Crouch*, 10 N. Y. Supp. 882.) Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

ROSE RECIO GARCIA, Respondent, v. PILOT BUILDING CORPORATION, Appellant. — Reargument ordered on the question whether there are owners on the remaining part of the tract who could enforce the restrictions as defined in *Coates* v. *Cullingford* (147 App. Div. 39), and case ordered on the calendar for Friday, June 13, 1924. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

In the Matter of the Judicial Settlement of the Account of ALBERT G. KUECK, as Executor, etc., of BERTHA LOHMEYER, Late of the County of Kings, Deceased.— Decree of the Surrogate's Court of Kings county in so far as appealed from unanimously affirmed, with costs payable to the respondent out of the estate. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

JOHN PALMIERI, Respondent, v. CLARA KATZENBERG, Appellant.— Judgment reversed upon the law, with costs, complaint dismissed, and judgment unanimously directed in favor of defendant requiring specific performance of the contract between the parties, with costs of this appeal. We do not think the record upon an examination of the title disclosed facts sufficient to put the purchaser upon inquiry as to the validity of the deed from the Allen Realty Corporation. Findings of fact and conclusions of law contrary to this decision are reversed, and new findings will be made in accordance herewith. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur. Settle findings and order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. PARRY and Others,